

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

The Fannin County Community
Supervision and Corrections Department,
Appellant

No. 06-13-00103-CV          v.

Glenda Spoon, Appellee

Appeal from the 336th District Court of
Fannin County, Texas (Tr. Ct. No. CV-10-
39887; CV-12-40666).    Opinion delivered
by Justice Carter, Chief Justice Morriss and
Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court
below.  We affirm the judgment of the trial court.

We further order that the appellant, The Fannin County Community Supervision and
Corrections Department, pay all costs of this appeal.

RENDERED JULY 16, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk